```
                        United States Bankruptcy Court
                               District of Nevada
In re:                                                   Case No. 11-51998-btb
RICK J ARNAUD                                            Chapter 7
         Debtor              CERTIFICATE OF NOTICE

District/off: 0978-3          User: storylm          Page 1 of 1          Date Rcvd: Jul 01, 2011
                              Form ID: odeter        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2011.
db           +RICK J ARNAUD,    610 WEDGE LN,    FERNLEY, NV 89408-6668
7097614      +76 CARD,    Acct No xxx xx9 758,    PO Box 6402,    Sioux Falls, SD 57117-6402
7097615      +BRENT BEGLEY, ESQ.,    Acct No xxxxxxxxon #20,    PO Box 6951,    Reno, NV 89513-6951
7097616       BUSINESS & PROFESSIONAL COLLECTION SVC,    Acct No xxxx0234,    PO Box 872,    Reno, NV 89504-0872
7097617       CBE GROUP,    Acct No xxxxxxxxxxxx0480,    PO Box 2635,    Waterloo, IA 50704-2635
7097619       COLLECTION SERVICE OF NEVADA,    Acct No xxxxxxxxon #20,    777 Forest Street,
               Reno, NV 89509-1711
7097611      +DEPT. OF EMPLOYMENT, TRAINING & REHAB.,    Employment Security Division,    500 East Third Street,
               Carson City, NV 89713-0002
7097620      +FERNLEY JUSTICE COURT,    Acct No xxxxxxxxon #20,    565 East Main St.,    Fernley, NV 89408-9537
7097621      +GC SERVICES LIMITED PARTNERSHIP,    Acct No xxxxxxxxxxx0217,    Collection Agency Division,
               PO Box 7820,    Baldwin Park, CA 91706-7820
7097610     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   INTERNAL REVENUE SERVICE,    ATTN: Bankruptcy Unit,    Stop 5028,
               110 City Parkway,    Las Vegas, NV 89106)
7097622      +INTERNAL REVENUE SERVICE,    200 S. Virginia Street,    Suite 105, M/S 5201REN,
               Reno, NV 89501-2405
7097613      +NEVADA DEPARTMENT OF TAXATION,    Bankruptcy Section,    555 E. Washington Ave., #1300,
               Las Vegas, NV 89101-1046
7097623      +SHELL,    Acct No xx xxx x843 8,    PO Box 6406,    Sioux Falls, SD 57117-6406
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7097618      +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2011 03:15:26      CHEVRON / GE MONEYBANK,
               Acct No xxxx xxxx xxxx 7632,    Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
7097624       E-mail/Text: bnc@ursi.com Jul 02 2011 03:09:41      UNITED RECOVERY SYSTEMS, LP,
               Acct No xx xxx x843 8,    PO Box 722929,    Houston, TX 77272-2929
7097612       E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Jul 02 2011 02:56:55      UNITED STATES TRUSTEE,
               300 Booth Street #2129,    Reno, NV 89509
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2011**               Signature:   *Joseph Speetjens*

# United States Bankruptcy Court
## District of Nevada

Case No. **11–51998–btb**
Chapter 7

In re: (Name of Debtor)
    RICK J ARNAUD
    610 WEDGE LN
    FERNLEY, NV 89408

Social Security No.:
    xxx–xx–0833

## ORDER DETERMINING DEBTOR COMPLIANCE WITH FILING REQUIREMENTS OF 11 U.S.C. § 521(a)(1)

Pursuant to 11 U.S.C. § 521(i), if an individual debtor in a voluntary case under Chapter 7 or Chapter 13 fails to file all of the information required under 11 U.S.C. § 521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and has determined that the debtor (see note below) has complied with the information filing requirement of 11 U.S.C. § 521(a)(1) and Local Rule 4002.1. Accordingly, it is

ORDERED:

1. This case is not subject to automatic dismissal under 11 U.S.C. § 521(i)(1) or (2).

2. If any party in interest has any reason to contest the Court's finding that the debtor has filed all information required by 11 U.S.C. § 521(a)(1), that party shall:

    (a) File a Motion for Reconsideration not later than **10** days from the date of the entry of this order. The motion should specifically identify the information and document(s) required by 11 U.S.C. § 521(a)(1) that the debtor has failed to file.

    (b) Comply with the provisions of LR 9014 and obtain a hearing date and time.

    (c) Serve such motion and notice of hearing on the trustee, debtor and debtor's counsel, if any;

and

    (d) File a Certificate of Service of the motion and notice of hearing within two business days of filing the motion.

Dated: 7/1/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

Note: All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.