B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **RICK J ARNAUD**,
Debtor

Case No. **11-51998**

Chapter **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 350,000.00 | | |
| B - Personal Property | Yes | 4 | 15,720.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 199,605.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 42,613.88 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 1,007,092.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 1,765.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,764.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 365,720.00 | | |
| Total Liabilities | | | | 1,249,311.34 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **RICK J ARNAUD**,
          Debtor

Case No.   **11-51998**

Chapter   **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 42,613.88 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 42,613.88 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,765.00 |
| Average Expenses (from Schedule J, Line 18) | 5,764.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,365.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 180,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 42,613.88 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,007,092.46 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,187,092.46 |

B6B (Official Form 6B) (12/07)

In re   **RICK J ARNAUD**,       Case No.   **11-51998**
                Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on person** | - | **20.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Nevada State Bank checking account 0460066590** | - | **50.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **General household goods, appliances, entertainment equipment** | - | **750.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Everyday wearing apparel** | - | **200.00** |
| 7. | Furs and jewelry. | | **Wedding ring, watch, bracelet** | - | **1,500.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Fishing pole, snow ski boots, work tools (Skil Saw, Paint Sprayer, Air Compressor, Hand Trowels)** | - | **500.00** |
|    |                                                                                   |   | **9mm Beretta** | - | **200.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                              Sub-Total >    **3,220.00**
                                              (Total of this page)

  **3**  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **RICK J ARNAUD**                                                                           Case No.   **11-51998**
                                                       Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Sierra West Development** **PO Box 1183** **Fernley, NV  89408** | - | **Unknown** |
| | | **Verti Crete LLC** **PO Box 1183** **Fernley, NV  89408** | - | **Unknown** |
| | | **Madoughco LLC** **PO Box 1183** **Fernley, NV  89408** | - | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) |  |

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **RICK J ARNAUD**                                 ,                                 Case No.   __**11-51998**__
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Dodge 3500, Quad, Dually fair condition, 160000 miles** | - | **7,090.00** |
| | | **1997 Dodge 2500, poor condition, 320000 miles** | - | **2,110.00** |
| 26. Boats, motors, and accessories. | | **2004 Correct Craft ski boat** | - | **Unknown** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer, adding machine, fax machine** | - | **300.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Verti Crete walls and columns** | - | **3,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

|  | Sub-Total > (Total of this page) | **12,500.00** |
|---|---|---|

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **RICK J ARNAUD**                                                                 ,                    Case No.   **11-51998**
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet  **3**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

Sub-Total >      **0.00**
(Total of this page)
Total >    **15,720.00**

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **RICK J ARNAUD**  ,   Case No.   **11-51998**
                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> Single family home <br> 610 Wedge Lane <br> Fernley, NV 89408 | Nev. Rev. Stat. §§ 21.090(1)(l) and 115.050 | 200,000.00 | 200,000.00 |
| **Cash on Hand** <br> Cash on person | Nev. Rev. Stat. § 21.090(1)(z) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Nevada State Bank checking account 0460066590 | Nev. Rev. Stat. § 21.090(1)(z) | 50.00 | 50.00 |
| **Household Goods and Furnishings** <br> General household goods, appliances, entertainment equipment | Nev. Rev. Stat. § 21.090(1)(b) | 750.00 | 750.00 |
| **Wearing Apparel** <br> Everyday wearing apparel | Nev. Rev. Stat. § 21.090(1)(b) | 200.00 | 200.00 |
| **Furs and Jewelry** <br> Wedding ring, watch, bracelet | Nev. Rev. Stat. § 21.090(1)(a) | 1,500.00 | 1,500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> Fishing pole, snow ski boots, work tools (Skil Saw, Paint Sprayer, Air Compressor, Hand Trowels) | Nev. Rev. Stat. § 21.090(1)(z) | 500.00 | 500.00 |
| 9mm Beretta | Nev. Rev. Stat. § 21.090(1)(i) | 200.00 | 200.00 |
| **Interests in Partnerships or Joint Ventures** <br> Sierra West Development <br> PO Box 1183 <br> Fernley, NV  89408 | Nev. Rev. Stat. § 87.250(2c) | 0.00 | Unknown |
| Verti Crete LLC <br> PO Box 1183 <br> Fernley, NV  89408 | Nev. Rev. Stat. § 87.250(2c) | 0.00 | Unknown |
| Madoughco LLC <br> PO Box 1183 <br> Fernley, NV  89408 | Nev. Rev. Stat. § 87.250(2c) | 0.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2007 Dodge 3500, Quad, Dually fair condition, 160000 miles | Nev. Rev. Stat. § 21.090(1)(f) | 7,090.00 | 7,090.00 |
| 1997 Dodge 2500, poor condition, 320000 miles | Nev. Rev. Stat. § 21.090(1)(z) | 2,110.00 | 2,110.00 |
| **Office Equipment, Furnishings and Supplies** <br> Computer, adding machine, fax machine | Nev. Rev. Stat. § 21.090(1)(d) | 300.00 | 300.00 |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **RICK J ARNAUD**,    Case No.    **11-51998**
Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Inventory** | | | |
| **Verti Crete walls and columns** | **Nev. Rev. Stat. § 21.090(1)(d)** | 3,000.00 | 3,000.00 |
| | Total: | **215,720.00** | **215,720.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **RICK J ARNAUD**, Case No. **11-51998**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2239** <br><br> **CHRYSLER FINANCIAL** <br> PO Box 9001921 <br> Louisville, KY 40290 | | - | **Auto Loan** <br><br> **2007 Dodge 3500, Quad, Dually** <br><br><br> Value $ 7,090.00 | | | | 7,000.00 | 0.00 |
| Account No. **xxxxxxxxxx6256** <br><br> **EVERGREEN NOTE SERVICE** <br> 295 Holcomb Ave. #3 <br> Reno, NV 89502 | | - | **Hart Lane land 30 acres** <br><br><br><br> Value $ 0.00 | | | | 130,000.00 | 130,000.00 |
| Account No. **xx3286** <br><br> **MAIN STREET PAWN** <br> 80 East Main St. <br> Fernley, NV 89408 | | - | **Boat Loan** <br><br> **2004 Correct Craft** <br><br><br> Value $ Unknown | | | | 12,605.00 | Unknown |
| Account No. <br><br> **RON ARNAUD** <br> 371 Woodcrest Dr. <br> Boulder Creek, CA 95006 | | - | **Personal Loan** <br> **2nd Hart Lane** <br> **Interest payments accruing** <br><br> Value $ 0.00 | | | | 50,000.00 | 50,000.00 |
| **_0_** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 199,605.00 | 180,000.00 |
| | | | Total <br> (Report on Summary of Schedules) | | | | 199,605.00 | 180,000.00 |

B6F (Official Form 6F) (12/07)

In re  **RICK J ARNAUD**,  Case No. **11-51998**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xx9 758**<br><br>**76 CARD**<br>**PO Box 6402**<br>**Sioux Falls, SD 57117** | | - | **Consumer Debt** | | | | 385.01 |
| Account No. **xxxx-xxxx-xxxx-2272**<br><br>**BANK OF AMERICA**<br>**1480 Hwy 95A**<br>**Fernley, NV 89408** | | - | **Line of Credit** | | | | 6,500.00 |
| Account No. **xxxx0234**<br><br>**BUSINESS & PROFESSIONAL COLLECTION SVC**<br>**PO Box 872**<br>**Reno, NV 89504-0872** | | - | **Original creditor Western Pathology Consultants** | | | | 104.29 |
| Account No. **xxxxxxxxxxxx0480**<br><br>**CBE GROUP**<br>**1309 Technology Pkwy**<br>**Cedar Falls, IA 50613** | | - | **Creditor Dish Network** | | | | 21.76 |

__3__  continuation sheets attached

Subtotal
(Total of this page)      **7,011.06**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    S/N:24761-111027    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **RICK J ARNAUD**, Case No. **11-51998**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 7632**<br><br>**CHEVRON / GE MONEYBANK**<br>Attn: Bankruptcy Dept<br>PO Box 103104<br>Roswell, GA 30076 | - | | **Consumer Debt** | | | | 1,126.76 |
| Account No. **xxxxxxxxon #20**<br><br>**COLLECTION SERVICE OF NEVADA**<br>777 Forest Street<br>Reno, NV 89509-1711 | - | | **Original creditor Digestive Health Center** | | | | 837.45 |
| Account No. **xxx2872**<br><br>**FBCS INC**<br>2200 Byberry Rd. #120<br>Hatboro, PA 19040-3738 | - | | **Original Creditor APX Alarm Solutions** | | | | 1,129.74 |
| Account No. **xxxxxxxxxx0217**<br><br>**GC SERVICES LIMITED PARTNERSHIP**<br>Collection Agency Division<br>PO Box 7820<br>Baldwin Park, CA 91706 | - | | **Judgment**<br>**Truckee Superior Court**<br>**Docket #212736-Q**<br>**Citation #22388MS** | | | | 517.00 |
| Account No. **xxxx #xxxxxx2012**<br><br>**GREAT BASIN CREDIT UNION**<br>9970 S. Virginia St.<br>Reno, NV 89511 | - | | **Co-signed for vehicle for Verti-Crete Yard** | | | | 6,110.91 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **9,721.86**

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICK J ARNAUD**, Case No. **11-51998**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx xxxx xx x0903**<br><br>**JEFFREY K. RAHBECK**<br>**PO Box 435**<br>**Zephyr Cove, NV 89448** | | - | **Re EHE, LP, A Nevada Limited Partnership; Ernest Blickle and Elly R. Blickle** | | | | 407,500.00 |
| Account No.<br><br>**REEVE TRUCKING CO INC**<br>**Donald and Lori Reeve**<br>**5050 East Carpenter Road**<br>**Stockton, CA 95215** | | - | **Services** | | | | 4,575.00 |
| Account No. **x0716**<br><br>**RENO ORTHOPEDICS**<br>**555 North Arlington Ave.**<br>**Reno, NV 89503-4724** | | - | **Medical Expenses** | | | | 685.00 |
| Account No. **xxxx #xxxxxxxx xxxxxx West**<br><br>**ROYCE CAPITAL**<br>**John and Karen Royce**<br>**1281 Terminal Way Suite 201**<br>**Reno, NV 89502** | | - | **Regarding Alta Vista property** | | | | 574,446.74 |
| Account No. **xx xxx x843 8**<br><br>**SHELL**<br>**PO Box 6406**<br>**Sioux Falls, SD 57117** | | - | **Consumer Debt** | | | | 2,558.48 |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **989,765.22**

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICK J ARNAUD**,   Case No. **11-51998**
                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx2239<br><br>TIBURON FINANCIAL, LLC<br>PO Box 770<br>Boys Town, NE 68010-0770 | | - | **Original creditor TD Auto Finance LLC** | | | | 594.32 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **594.32**

Total (Report on Summary of Schedules) **1,007,092.46**