```
                             United States Bankruptcy Court
                                    District of Nevada
In re:                                                              Case No. 11-51998-btb
RICK J ARNAUD                                                       Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0978-3          User: youngbloo          Page 1 of 2            Date Rcvd: Nov 30, 2011
                              Form ID: pdf984          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2011.
 db          +RICK J ARNAUD,    610 WEDGE LN,    FERNLEY, NV 89408-6668
 7097614     +76 CARD,    Acct No xxx xx9 758,    PO Box 6402,    Sioux Falls, SD 57117-6402
 7097615     +BRENT BEGLEY, ESQ.,    Acct No xxxxxxxxon #20,    PO Box 6951,    Reno, NV 89513-6951
 7097616      BUSINESS & PROFESSIONAL COLLECTION SVC,    Acct No xxxx0234,    PO Box 872,    Reno, NV 89504-0872
 7097617      CBE GROUP,    Acct No xxxxxxxxxxxx0480,    PO Box 2635,    Waterloo, IA 50704-2635
 7097619      COLLECTION SERVICE OF NEVADA,    Acct No xxxxxxxxon #20,    777 Forest Street,
               Reno, NV 89509-1711
 7097611     +DEPT. OF EMPLOYMENT, TRAINING & REHAB.,    Employment Security Division,    500 East Third Street,
               Carson City, NV 89713-0002
 7326546     +FBCS INC,    2200 Byberry Rd. #120,    Hatboro, PA 19040-3797
 7097620     +FERNLEY JUSTICE COURT,    Acct No xxxxxxxxon #20,    565 East Main St.,    Fernley, NV 89408-9537
 7097621     +GC SERVICES LIMITED PARTNERSHIP,    Acct No xxxxxxxxxxx0217,    Collection Agency Division,
               PO Box 7820,    Baldwin Park, CA 91706-7820
 7326547      GREAT BASIN CREDIT UNION,    9970 S. Virginia St.,    Reno, NV  89511
 7097610     +INTERNAL REVENUE SERVICE,    ATTN: Bankruptcy Unit,    Stop 5028,    110 City Parkway,
               Las Vegas, NV 89106-6085
 7097622     +INTERNAL REVENUE SERVICE,    200 S. Virginia Street,    Suite 105, M/S 5201REN,
               Reno, NV 89501-2400
 7326545     +MAIN STREET PAWN,    80 East Main St.,    Fernley, NV 89408-7653
 7097613     +NEVADA DEPARTMENT OF TAXATION,    Bankruptcy Section,    555 E. Washington Ave., #1300,
               Las Vegas, NV 89101-1046
 7242412      NEVADA DEPARTMENT OF TAXATION,    BANKRUPTCY SECTION,    4600 KIETZKE LN STE L-235,
               RENO, NV 89502-5045
 7326548      RENO ORTHODPEDICS,    555 North Arlington Ave.,    Reno, NV  89503-4724
 7097623     +SHELL,    Acct No xx xxx x843 8,    PO Box 6406,    Sioux Falls, SD 57117-6406
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 7097618     +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2011 06:17:12     CHEVRON / GE MONEYBANK,
               Acct No xxxx xxxx xxxx 7632,    Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
 7333018     +E-mail/Text: bankruptcy@greatbasin.org Dec 01 2011 06:11:39     Great Basin Federal Credit Union,
               9770 S. Virginia Street,    Reno NV 89511-5941
 7097624      E-mail/Text: bnc@ursi.com Dec 01 2011 06:11:06     UNITED RECOVERY SYSTEMS, LP,
               Acct No xx xxx x843 8,    PO Box 722929,    Houston, TX 77272-2929
 7097612      E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Dec 01 2011 05:59:57     UNITED STATES TRUSTEE,
               300 Booth Street #2129,    Reno, NV 89509
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2011**                    Signature:    _Joseph Speetjens_

```
District/off: 0978-3          User: youngbloo            Page 2 of 2             Date Rcvd: Nov 30, 2011
                              Form ID: pdf984            Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2011 at the address(es) listed below:
              ALLEN M DUTRA    amdtrustee@gmail.com,   adutra@ecf.epiqsystems.com
              KENNETH V. WARD    on behalf of Debtor RICK ARNAUD KenWardLaw@aol.com
              U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

*Bruce T. Beesley*

Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**November 30, 2011**

ALLEN M. DUTRA, TRUSTEE
59 DAMONTE RANCH PARKWAY
SUITE B299
RENO, NV. 89521
(775) 853-8644
amdtrustee@gmail.com

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

IN RE:

ARNAUD, RICK J.

Debtor(s)

BK-N-11-51998

CHAPTER 7

DATE:
TIME:

*No Hearing Required*

### ORDER

Pursuant to the Trustee's Motion and Notice for Order Extending Time to Object to Property Claimed Exempt, the court finds good cause appears and concludes:

**IT IS HEREBY ORDERED** the time in which the Trustee may file a complaint objecting to the Debtor's property claimed as Exempt is hereby **extended to January 17, 2012.**

Submitted by:

/s/ Allen M. Dutra
Allen M. Dutra, Trustee

###