_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

**Entered on Docket**
**April 30, 2013**

Trustee W. Donald Gieseke
18124 Wedge Parkway
Suite 518
Reno, NV 89511
(775) 742-9107
(775) 562-8181 (Fax)
wdg@renotrustee.com
Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO. BK-N-09-54031 |
| | CHAPTER 7 |
| **RICK ALAN LEHRER** | **STIPULATED ORDER EXTENDING TIME FOR TRUSTEE AND U.S. TRUSTEE TO FILE AN OBJECTION TO THE DISCHARGE OF DEBTOR(S)** |
| **JENNIFER LYNNE LEHRER** | |
| | NO HEARING REQUIRED |
| DEBTOR(S) | |

ORDER

Trustee, Trustee W. Donald Gieseke, and the above captioned Debtor(s), by and through their counsel, do hereby stipulate and agree to extend the time within which the Trustee and U.S. Trustee, may file a complaint objecting to the discharge of the Debtor(s) to July 31, 2013. In the event the Debtor(s) should comply prior to the foregoing deadline, the Trustee may file a Declaration setting forth that the extension is no longer required and the discharge may be entered.

Dated this 25th day of April, 2013.

*/s/ W. Donald Gieseke*                                    */s/ Timothy Post*

Trustee W. Donald Gieseke, Trustee             TIMOTHY POST, ESQ.

*/s/ Nicholas Strozza*

U. S. Trustee

**IT IS HEREBY ORDERED.**

*###*