B6B (Official Form 6B) (12/07)

In re  **RICK J ARNAUD**                                    ,    Case No.  **11-51998**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on person** | - | **20.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Nevada State Bank checking account 0460066590** | - | **50.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **General household goods, appliances, entertainment equipment** | - | **750.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Everyday wearing apparel** | - | **200.00** |
| 7. | Furs and jewelry. | | **Wedding ring, watch, bracelet** | - | **1,500.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Fishing pole, snow ski boots, work tools (Skil Saw, Paint Sprayer, Air Compressor, Hand Trowels)** | - | **500.00** |
| | | | **9mm Beretta** | - | **200.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > (Total of this page) | **3,220.00** |
|---|---|---|

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **RICK J ARNAUD**, Case No. **11-51998**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Sierra West Development**<br>**PO Box 1183**<br>**Fernley, NV  89408** | - | **Unknown** |
| | | **Verti Crete LLC**<br>**PO Box 1183**<br>**Fernley, NV  89408** | - | **Unknown** |
| | | **Madoughco LLC**<br>**PO Box 1183**<br>**Fernley, NV  89408** | - | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >   **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **RICK J ARNAUD**                              ,    Case No.    **11-51998**
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Dodge 3500, Quad, Dually fair condition, 160000 miles** | - | **7,090.00** |
| | | **1997 Dodge 2500, poor condition, 320000 miles** | - | **1,000.00** |
| 26. Boats, motors, and accessories. | | **2004 Correct Craft ski boat** | - | **Unknown** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer, adding machine, fax machine** | - | **300.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Verti Crete walls and columns** | - | **3,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    **11,390.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **RICK J ARNAUD**,
Debtor

Case No. **11-51998**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 14,610.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **RICK J ARNAUD**                                                              Case No.  **11-51998**
                                                   Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **Single family home** <br> 610 Wedge Lane <br> Fernley, NV 89408 | Nev. Rev. Stat. §§ 21.090(1)(l) and 115.050 | 200,000.00 | 200,000.00 |
| **Cash on Hand** <br> Cash on person | Nev. Rev. Stat. § 21.090(1)(z) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Nevada State Bank checking account 0460066590 | Nev. Rev. Stat. § 21.090(1)(z) | 50.00 | 50.00 |
| **Household Goods and Furnishings** <br> General household goods, appliances, entertainment equipment | Nev. Rev. Stat. § 21.090(1)(b) | 750.00 | 750.00 |
| **Wearing Apparel** <br> Everyday wearing apparel | Nev. Rev. Stat. § 21.090(1)(b) | 200.00 | 200.00 |
| **Furs and Jewelry** <br> Wedding ring, watch, bracelet | Nev. Rev. Stat. § 21.090(1)(a) | 1,500.00 | 1,500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> Fishing pole, snow ski boots, work tools (Skil Saw, Paint Sprayer, Air Compressor, Hand Trowels) | Nev. Rev. Stat. § 21.090(1)(z) | 500.00 | 500.00 |
| 9mm Beretta | Nev. Rev. Stat. § 21.090(1)(i) | 200.00 | 200.00 |
| **Interests in Partnerships or Joint Ventures** <br> Sierra West Development <br> PO Box 1183 <br> Fernley, NV  89408 | Nev. Rev. Stat. § 87.250(2c) | 0.00 | Unknown |
| Verti Crete LLC <br> PO Box 1183 <br> Fernley, NV  89408 | Nev. Rev. Stat. § 87.250(2c) | 0.00 | Unknown |
| Madoughco LLC <br> PO Box 1183 <br> Fernley, NV  89408 | Nev. Rev. Stat. § 87.250(2c) | 0.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2007 Dodge 3500, Quad, Dually fair condition, 160000 miles | Nev. Rev. Stat. § 21.090(1)(f) | 7,090.00 | 7,090.00 |
| 1997 Dodge 2500, poor condition, 320000 miles | Nev. Rev. Stat. § 21.090(1)(z) | 1,000.00 | 1,000.00 |
| **Office Equipment, Furnishings and Supplies** <br> Computer, adding machine, fax machine | Nev. Rev. Stat. § 21.090(1)(d) | 300.00 | 300.00 |

  __1__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re  **RICK J ARNAUD**,          Case No. __**11-51998**__
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Inventory** | | | |
| **Verti Crete walls and columns** | **Nev. Rev. Stat. § 21.090(1)(d)** | 3,000.00 | 3,000.00 |

|  |  | Total: | 214,610.00 | 214,610.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

E-filed on **March 28, 2012**

**KENNETH V. WARD**
Name
**000446**
Bar Code #
**79 7th Street, Suite 2**
**P.O. Box 2500**
**Fernley, NV 89408**
Address
**(775)575-2228**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: **RICK J ARNAUD**

Case # **11-51998**
Chapter **7**
Trustee

Debtor(s)

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

( )  Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)

( )  Summary of Schedules

( )  Schedule A - Real Property

(x)  Schedule B - Personal Property

(x)  Schedule C - Property Claimed as Exempt

( )  Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

  ( )  Add/delete creditor(s), change amount or classification of debt - **$30.00 fee required**

  ( )  Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )  Schedule G - Schedule of Executory Contracts & Unexpired Leases

( )  Schedule H - Codebtors

( )  Schedule I - Current Income of Individual Debtor(s)

( )  Schedule J - Current Expenditures of Individual Debtor(s)

( )  Statement of Financial Affairs

### Declaration of Debtor

**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

**/s/ RICK J ARNAUD**
**RICK J ARNAUD**
**Debtor's Signature**
**Date:** **March 28, 2012**