MICHAEL LEHNERS, ESQ.           ecf: 1/14/13
429 MARSH AVENUE
RENO, NEVADA 89509
Bar No.003331
email: michaellehners@yahoo.com
(775) 786-1695

Attorney for Chapter 7 Trustee
ALLEN M. DUTRA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE:

RICK J. ARNAUD,

Debtor.
_____/

CASE NO.: 11-51998-btb
(Chapter 7)

NO HEARING REQUIRED

## EX-PARTE APPLICATION OF TRUSTEE TO EMPLOY ATTORNEY

The Application of Allen M. Dutra, Trustee of the estate of the Debtor above named, respectfully represents as follows:

1) This case was commenced by the filing of a voluntary petition under Chapter Seven of Title Eleven, United States Code on June 17, 2011.

2) Applicant is duly appointed, qualified and acting Trustee of the estate of the Debtor above named.

3) Applicant requires the services of an attorney to represent and assist his in exercising his rights and duties under Title 11 of the United States Code: Specifically, to assist the trustee turnover and recovery of estate assets.

4) Applicant has made careful and diligent inquiry into the qualifications of Michael Lehners, Esq. and found that he is qualified to represent him in the foregoing matters.

5)   To the best of applicant's knowledge attorney Michael Lehners, Esq., has no connection with creditors or other parties in interest and is a disinterested person within the meaning of 11 U.S.C. §327(a).

6)   Applicant seeks to engage the services of Mr. Lehners as his attorney herein subject to approval of the court; that counsel would represent and assist your Applicant in the matters related to paragraph 3 herein above and to such other matters as may require the services of an attorney.

7)   Applicant has agreed to pay Mr. Lehners at the rate of $300.00/hr. for any and all such services rendered, and which are approved by the Court. No particular sum is requested to be disbursed at this time. Counsel will make appropriate applications for compensation in the future. The sole purpose of this application is to authorize employment, and as such no hearing is required.

RESPECTFULLY SUBMITTED this _____ day of January, 2013

/S/ ALLEN M. DUTRA
ALLEN M. DUTRA, Trustee