_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**April 01, 2013**

ALLEN M. DUTRA, TRUSTEE
59 DAMONTE RANCH PARKWAY
SUITE B299
RENO, NV. 89521
(775) 853-8644
amdtrustee@gmail.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | BK-N-11-51998 |
| ARNAUD, RICK J. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | DATE: |
| | ) | TIME: |
| Debtor(s) | ) | |
| _____ | ) | *No Hearing Required* |

**ORDER**

Pursuant to the Trustee's Motion and Notice for Order Extending Time to Object to the Entry of the Discharge of the Debtor(s), the court finds good cause appears and concludes:

**IT IS HEREBY ORDERED** the time in which the Trustee may file a complaint objecting to the discharge of the Debtor(s) is hereby **extended to August 31, 2013.**

Submitted by:

/s/ Allen M. Dutra
Allen M. Dutra, Trustee

###