W. Donald Gieseke  
Bankruptcy Trustee  
18124 Wedge Pkwy., Suite 518  
Reno, NV 89511  
wdg@renotrustee.com  
(775) 742-9107  
(775) 562-8181 (fax)

ecf: April 9, 2013

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

    ARNAUD, RICK J.

        DEBTOR(S)

) BK – 11-51998  
) CHAPTER 7  
)  
)  
)  
)  
)  
)

**NOTICE OF ENTRY OF ORDER COMPELLING RICK ARNAUD TO COMPLY WITH TITLE 11, SECTION 543**

    NOTICE IS HEREBY GIVEN that on December 16, 2011, the above-entitled court entered in an order compelling compliance with Title 11, Section 543 on above named debtor, Rick Arnaud on bankruptcy case 09-54031, Rick & Jennifer Lehrer. A copy of the Order is attached hereto.

    DATED this 9th Day of April, 2013.

.

                                           /s/ W. Donald Gieseke,

                                           W. Donald Gieseke,

                                           Chapter 7 Bankruptcy Trustee for

                                           09-54031, Lehrer, Rick & Jennifer

Notice of Entry of Order - 1



Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**December 16, 2011**

---

W. Donald Gieseke
Bankruptcy Trustee
18124 Wedge Pkwy., Suite 518
Reno, NV 89511
wdg@renotrustee.com
(775) 742-9107
(775) 562-8181 (fax)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>LEHRER, RICK ALAN<br><br>LEHRER, JENNIFER LYNNE<br><br>DEBTOR(S) | BK – 09-54031<br>CHAPTER 7<br><br>**ORDER COMPELLING COMPLIANCE WITH TITLE 11, SECTION 543**<br><br>Hearing Date: December 6, 2011<br>Hearing Time: 2:00 p.m. |

ORDER

Pursuant to the **TRUSTEE'S MOTION AND NOTICE FOR ORDER COMPELLING COMPLIANCE WITH TITLE 11, SECTION 543** (the "Motion") the Court finds and concludes as follows:

The Motion was properly noticed and no objection was filed.

IT IS HEREBY ORDERED that Rick Arnaud to turnover all electronic and hard copy records of the Debtor within fifteen (15) days of the entry of this Order and directing him to provide an accounting of the collection efforts that have been undertaken, funds that have been collected and the current location of any funds collected.

###

Order to Compel - 1

ALTERNATIVE METHOD re: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

*No parties responded or appeared at the hearing*

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I do hereby affirm under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of December, 2011.

/s/ W. Donald Gieseke
W. Donald Gieseke, Trustee

Order to Extend time to Object - 1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I, Mary Jo Gieseke, an employee of W. Donald Gieseke, Trustee, 18124 Wedge Pkwy., Suite 518, Reno, Nevada 89511 am over the age of eighteen years and a citizen of the United States of America. That on the 9th day of April, 2013, I deposited a true and correct copy of the foregoing **NOTICE OF ENTRY OF ORDER COMPELLING RICK ARNAUD TO COMPLY WITH TITLE 11, SECTION 543 WITH ORDER TO COMPEL** by way of the United States mail, first class postage prepaid and by Certified mail, to the names listed as below:

**DEBTOR'S ADDRESS:**

RICK ARNAUD

610 WEDGE LANE

FERNLEY, NV 89408

**DEBTOR(S) COUNSEL'S ADDRESS:**

KEN WARD, ESQ.

P.O. BOX 2500

FERNLEY, NV 89408

**OFFICE OF THE UNITED STATES TRUSTEE:**

300 BOOTH STREET, SUITE 3009

RENO, NV 89509

**CHAPTER 7 TRUSTEE FOR DEBTOR, RICK ARNAUD**

ALLEN M. DUTRA, TRUSTEE

59 DAMONTE RANCH PARKWAY, SUITE B299

RENO, NV 89521

**ATTORNEY FOR CHAPTER 7 TRUSTEE**

MICHAEL LEHNERS, ESQ.

429 MARSH AVE

RENO, NV 89509

Dated this 9th day of April, 2013.

/s/ *Mary Jo Gieseke*
Mary Jo Gieseke

Certificate of Service for Notice of Entry of Order - 1