MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
Attorney for Chapter Seven Trustee
Allen Dutra

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE

RICK J. ARNAUD,

    Debtor(s).

BK-N- 11-51998-btb
CHAPTER 7
Hearing Date: N/A
and Time:

STIPULATION

COME NOW Chapter Seven Trustee, Allen Dutra, by and through his attorney, Michael Lehners, Esq., and the Churchill County Treasurer Trustee (herein "Churchill"), by and through its attorney Craig B. Mingay, Esq. of the Churchill County District Attorney's Office and Stipulate and Agree as follows:

1. Sometime in 2004, Rick J. Arnaud, acquired the real property located at 1100 Hart Lane, Hazen, Nevada, Churchill Assessor Parcel No. 009-271-54 (herein "Subject Property").

2. On June 7, 2012 Churchill recorded a Treasurer's Deed with respect to the Subject Property as Document No. 427224.

3. The Chapter Seven Trustee has the right to redeem this property pursuant to state law by paying in full all property taxes which are due on the Subject Property.

1

4. The amount necessary to redeem the Subject Property is $8,529.77 as of April 1, 2013.

5. The Trustee and Churchill agree that Churchill will execute a deed in favor of the Trustee so that it may be listed and sold in the Chapter Seven Bankruptcy.

6. It is further stipulated that the Trustee will pay the the delinquent taxes in full on the Subject Property directly from escrow.

Dated: 4-11-13

Michael Lehners, Esq.
Attorney for Trustee

Dated: 4/5/13

Craig B. Mingay, Esq.
Churchill County Deputy District Attorney

# # #

2