*[Signature: Bruce T. Beesley]*

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
April 11, 2013

---

MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
Attorney for Chapter Seven Trustee
Allen Dutra

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE

RICK J. ARNAUD,

      Debtor(s).

BK-N- 11-51998-btb
CHAPTER 7
Hearing Date: N/A
and Time:

**ORDER APPROVING STIPULATION**

THIS MATTER came before the Court on the Stipulation between Chapter Seven Trustee, Allen Dutra, and the Churchill County Treasurer Trustee. The Court reviewed the matters before it. Good cause appearing therefore, the Court finds and Orders as follows

IT IS HEREBY ORDERED that the Stipulation is hereby approved.

Dated: 4-11-13

*[Signature]*
Michael Lehners, Esq.
Attorney for Trustee

Dated: 4/5/13

*[Signature]*
Craig B. Mingay, Esq.
Churchill County Deputy District Attorney

# # #