John White, Esq., Bar #1741  
335 West First Street  
Reno, NV 89503  
Telephone: (775) 322-8000  
Facsimile: (775) 322-1228  
john@whitelawchartered.com  
Attorney for Debtor. Rick Arnaud  

E-filed: May 10, 2013

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RICK J. ARNAUD<br><br>Debtor. | CASE NO: BK-N-11-51998<br><br>Chapter 7<br><br>NOTICE OF HEARING ON MOTION FOR ORDER CONVERTING CASE TO CHAPTER 11<br><br>Hearing Date: June 13, 2013<br>Hearing Time: 10:00 a.m.<br>Estimated Time for Hearing: 45 minutes |

**NOTICE IS HEREBY GIVEN** that a MOTION FOR ORDER CONVERTING CASE TO CHAPTER 11 ("Motion") (Docket 69) was filed on May 7, 2013. The Motion seeks to Convert the above-captioned Chapter 7 case to a voluntary Chapter 11 case.

Any opposition must be filed pursuant to Local Rule 9014.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days*

1

preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
> If you do not file a written response with the court, or if you do not serve your written response the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing: and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be heard before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom, Reno, Nevada 89509 on June 13, 2013 at the hour of 10:00 a.m..

DATED: May 10, 2013.

WHITE LAW CHARTERED

By: /s/ John White
John White, Esq.

WHITE LAW CHARTERED
LAWYERS
TH CENTURY BLDG
5 W. FIRST STREET
ENO, NV 89503

(775) 322-8000
(775) 322-1228

2

## CERTIFICATE OF SERVICE

I hereby certify under penalty and pain of perjury that I am an employee of White Law Chartered and that on the date shown below, I served a true and correct copy of the following documents: NOTICE OF HEARING ON THE MOTION FOR ORDER CONVERTING CASE TO CHAPTER 11 in the following manner:

☑  a. Via the Court's ECF System to:

| | |
|---|---|
| MICHAEL LEHNERS | michaellehners@yahoo.com |
| ALLEN M. DUTRA | amdtrustee@gmail.com, adutra@ecf.epiqsystems.com |
| GARY M FULLER | attorneysecf@grgflaw.com, reception@grgflaw.com |
| W. DONALD GIESEKE | wdg@renotrustee.com, dgieseke@ecf.epiqsystems.com |
| KENNETH V. WARD | KenWardLaw@aol.com |
| U.S. Trustee -RN-7 | USTPRegion17.RE.ECF@usdoj.gov |
| JOHN WHITE | Bankruptcy@whitelawchartered.com, john@whitelawcharterd.com |

☑  Via United States mail, postage prepaid, by enclosing a true and correct copy of the above document(s) in a sealed envelope and depositing the same on the date shown below, into the U.S. Post Office, Reno, NV to parties described in the attached mailing matrix (See attached matrix):

Dated: May 10, 2013.

/s/ *Nicole M Ernst*
Nicole M Ernst

3

Label Matrix for local noticing
0978-3
Case 11-51998-btb
District of Nevada
Reno
Fri May 10 11:37:36 PDT 2013

DESERT LAKES HOMEOWNERS ASSOCIATION
C/O RED ROCK FINANCIAL SERVICES
7251 AMIGO STREET #100
LAS VEGAS, NV 89119-4375

United States Bankruptcy Court
300 Booth Street
Reno, NV 89509-1360

76 CARD
Acct No xxx xx9 758
PO Box 6402
Sioux Falls, SD 57117-6402

BRENT BEGLEY, ESQ.
Acct No xxxxxxxxon #20
PO Box 6951
Reno, NV 89513-6951

BUSINESS & PROFESSIONAL COLLECTION SVC
Acct No xxxx0234
PO Box 872
Reno, NV 89504-0872

BUSINESS AND PROFESSIONAL
COLLECTION SERVICE INC.
816 SOUTH CENTER ST.
RENO NEVADA 89501-2306

CBE GROUP
Acct No xxxxxxxxxxxx0480
PO Box 2635
Waterloo, IA 50704-2635

CHEVRON / GE MONEYBANK
Acct No xxxx xxxx xxxx 7632
Attn: Bankruptcy Dept
PO Box 103104
Roswell, GA 30076-9104

COLLECTION SERVICE OF NEVADA
Acct No xxxxxxxxon #20
777 Forest Street
Reno, NV 89509-1711

DEPT. OF EMPLOYMENT, TRAINING & REHAB.
Employment Security Division
500 East Third Street
Carson City, NV 89713-0002

Desert lakes Homeowners Association
c/o Red Rock Financial Services
4770 W Teco #140
Las Vegas ne 89118

FBCS INC
2200 Byberry Rd. #120
Hatboro, PA 19040-3797

FERNLEY JUSTICE COURT
Acct No xxxxxxxxon #20
565 East Main St.
Fernley, NV 89408-9537

GC SERVICES LIMITED PARTNERSHIP
Acct No xxxxxxxxxxxx0217
Collection Agency Division
PO Box 7820
Baldwin Park, CA 91706-7820

GREAT BASIN CREDIT UNION
9970 S. Virginia St.
Reno, NV 89511

Great Basin Federal Credit Union
9770 S. Virginia Street
Reno NV 89511-5941

INTERNAL REVENUE SERVICE
200 S. Virginia Street
Suite 105, M/S 5201REN
Reno, NV 89501-2400

INTERNAL REVENUE SERVICE
ATTN: Bankruptcy Unit
Stop 5028
110 City Parkway
Las Vegas, NV 89106-6085

MAIN STREET PAWN
80 East Main St.
Fernley, NV 89408-7653

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
4600 KIETZKE LN STE L-235
RENO, NV 89502-5045

NEVADA DEPARTMENT OF TAXATION
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101-1046

RENO ORTHODPEDICS
555 North Arlington Ave.
Reno, NV 89503-4724

SHELL
Acct No xx xxx x843 8
PO Box 6406
Sioux Falls, SD 57117-6406

U.S. TRUSTEE - RN - 7
300 BOOTH STREET, STE 3009
RENO, NV 89509-1362

UNITED RECOVERY SYSTEMS, LP
Acct No xx xxx x843 8
PO Box 722929
Houston, TX 77272-2929

(c)UNITED STATES TRUSTEE
300 BOOTH ST STE 3009
RENO NV  89509-1360

ALLEN M DUTRA
59 DAMONTE RANCH PKWY, STE B299
RENO, NV 89521-1907

JOHN WHITE
335 W FIRST ST
RENO, NV 89503-5301

KENNETH V. WARD
LAW OFFICES OF KENNETH V. WARD
15 WEST MAIN STREET
DAYTON, NV 89403-6733

```
RICK J ARNAUD                            W. DONALD GIESEKE
610 WEDGE LN                             18124 WEDGE PKWY., STE 518
FERNLEY, NV 89408-6668                   RENO, NV 89511-8134
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
UNITED STATES TRUSTEE
300 Booth Street #2129
Reno, NV 89509
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)GREAT BASIN FEDERAL CREDIT UNION      (u)DARREL PAGE                         End of Label Matrix
                                            RE/MAX Realty                       Mailable recipients    31
                                                                                Bypassed recipients     2
                                                                                Total                  33
```