John A. White Jr., Bar # 1741  
WHITE LAW CHARTERED  
335 West First St.  
Reno, NV, 89503  
775-322-8000  
775-322-1228 Fax  
john@whitelawchartered.com  

E-filed June 12, 2013

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

RICK J. ARNAUD,

        Debtor

Case No: BK-N-11-51998-btb  
Chapter 7

**JOINDER IN MOTION FOR ORDER CONVERTING CASE TO CHAPTER 11**

Hearing Date: June 13, 2013  
Hearing Time: 10:00 a.m.

The undersigned, a prepetition[1] creditor of the above-named Debtor in the approximate amount of $ __895.45__, being familiar with the Debtor's Motion For Order Converting Case to Chapter 11, filed herein May 7, 2013 ("Debtor's Motion to Convert"), and the Trustee's Opposition thereto, filed May 30, as well as the Trustee's Supplemental Opposition, filed June 3, 2013, and Debtor's Reply in Support of Motion to Convert, filed June 6, 2013, do hereby certify that I/we join in and support the Debtor's Motion to Convert and that I am authorized to sign this Joinder.

Dated this __12__ day of June, 2013.

_____  
Signature

Print Name: __Gail Pease__  
Representing: __Collection Service of Nevada__  
Address: __217 Forest St. Reno NV 89509__  
Address 2: _____

---

[1] I am informed and believe that the Debtor filed his Petiton for relief in bankruptcy on June 17, 2011.